


EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>423-2016-00489 |
|---|---|---|

_____ State or local Agency, if any _____ and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Victoria C. Reddick | (601) 566-6705 | 02-11-1983 |

Street Address: 4376 Will O Run Drive, Jackson, MS 39212

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ST DOMINIC HOSPITAL | 201 - 500 | (601) 200-2000 |

Street Address: 969 Lakeland Drive, Jackson, MS 39216

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-06-2015    Latest: 11-16-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on September 12, 2014 as a Lab Assistant. On November 16, 2015, I was discharged. Prior to my discharge, I was sexually harassed, subjected to different terms and conditions of employment and received unwarranted disciplinary actions during my employment that lead to my discharge. I was a Lab Assistant at the time of my discharge.

Although I complained of being sexually harassed by my supervisor to upper management, nothing was done to alleviate my hostile work environment. None of my employment issues were addressed and I was given no specifics concerning my discharge.

I believe I have been discriminated against in violation of Title VII of The Civil Rights Act of 1964 as amended because of my sex (female) and in retaliation inasmuch as:

I filed an internal grievance complaining of sexual harassment on October 16, 2015. Nothing was done to address my complaint.

I am aware of other employees who have violated work rules and were treated more favorably and were not subjected to different terms and conditions of employment.

I had a good work record and performed my job duties above satisfactory.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Dec 04, 2015
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME THIS DATE

EXHIBIT "A"

REDDICK000000005